UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

FEB 1 8 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21CR127 SRC/SPM |
| RYAN McDANIEL, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 5, 2021, in St. Louis City, within the Eastern District of Missouri,

**RYAN McDANIEL,**

the Defendant herein, with intent to cause death and serious bodily harm took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2020 Mazda CX-30, vehicle identification number ("VIN") 3MVDMBBL4LM139640, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119.

### COUNT TWO

The Grand Jury further charges that:

On or about February 5, 2021, in St. Louis City, within the Eastern District of Missouri,

**RYAN McDANIEL,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence which may be prosecuted in a Court of the United States, to wit: carjacking, as set forth in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

### COUNT THREE

The Grand Jury further charges that:

On or about February 5, 2021, in St. Louis City, within the Eastern District of Missouri,

**RYAN McDANIEL,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms that had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
Jason Dunkel, #65886(MO)
Assistant United States Attorney